No. 80–516. AIR LINE PILOTS ASSN., INTERNATIONAL *v.* STEVENS ET AL. Ct. App. D. C. Certiorari denied.

No. 80–547. WALLIN ET UX. *v.* CITY OF PORT TOWNSEND ET AL. Ct. App. Wash. Certiorari denied.

No. 80–557. RICH *v.* FLORIDA; and ROTH *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 80–577. HOGAN & HARTSON ET AL. *v.* INTERNATIONAL CONTROLS CORP. C. A. 2d Cir. Certiorari denied.

No. 80–603. BAKER *v.* UNITED STATES;
No. 80–677. TURNIPSEED ET AL. *v.* UNITED STATES; and
No. 80–678. FARRIS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 624 F. 2d 890.

No. 80–622. AJLOUNY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–633. HACKENBERGER, DBA RON'S TRUCKING SERVICE *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 80–676. SHARGEL, ATTORNEY ON BEHALF OF ALOI *v.* FENTON, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–699. WELLS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 80–717. KISS *v.* MONMOUTH COUNTY WELFARE BOARD. Super. Ct. N. J., App. Div. Certiorari denied.